IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-127-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO ARAZ HARRIS | ) | |

On June 22, 2010, the defendant filed a motion for examination to determine competency [D.E. 50]. Upon reviewing the record and after holding a hearing, the court finds that reasonable cause exists to believe that the defendant should be examined by the Bureau of Prisons to determine his competency to proceed with sentencing. See 18 U.S.C. § 4241(a).

Therefore, the court orders that the defendant shall submit to a mental evaluation by psychiatrists, psychologists, and such other mental health professionals as appropriate to determine whether the defendant is competent to proceed with sentencing. The defendant is remanded to the custody of the Attorney General for a competency evaluation. The court orders that a written psychiatric or psychological report be filed in accordance with 18 U.S.C. § 4247(c). Moreover, sentencing in this action is continued until after the court receives the written report under 18 U.S.C. § 4247.

SO ORDERED. This 23 day of June 2010.

JAMES C. DEVER III
United States District Judge